# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brian Eugene Chadbourne,

Civil No. 19-cv-1415 (PJS/TNL)

Plaintiff,

v.

**ORDER**

Walmart,

Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 7, 2019 (ECF No. 14), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Walmart's Motion to Dismiss (ECF No. 4) is **GRANTED.**

2. The matter is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 9/4/19

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota